UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-3552
_____

UNITED STATES OF AMERICA,
Appellant

v.

MICHAEL WRIGHT and
RANDALL WRIGHT

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Nos. 5-09-cr00270-001 & 5-09-cr0027-0002)
District Judge: Honorable Lawrence F. Stengel

ORDER

PRESENT:   McKEE, <u>Chief</u> <u>Judge</u>, SLOVITER, SCIRICA, RENDELL, AMBRO,
FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN,
GREENAWAY, JR., VANASKIE, and ALDISERT[1], <u>Circuit</u> <u>Judges</u>

**ORDER**

The Court, *sua sponte,* orders rehearing *en banc* in the above captioned case.

It is ordered that the Clerk of this Court list the case for rehearing *en banc*

---

[1]Will participate as a member of the en banc court pursuant to 3d. Cir. I.O.P. 9.6.4.

at the convenience of the Court.

By the Court,

/s/ Theodore A. McKee

Chief Circuit Judge

Date: July 6, 2012


cc: Robert A. Zauzmer, Esq.
    Mark S. Greenberg, Esq.
    Michael N. Huff, Esq.